IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEVALLOS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNKNOWN,<br><br>        Defendant. | No. C 07-2734 RMW (PR)<br><br>ORDER CORRECTING ERRONEOUS FILING; CLOSING CASE; INSTRUCTIONS TO CLERK |

     Plaintiff, proceeding pro se, filed the instant letter regarding his pending civil rights complaint on May 23, 2007. Plaintiff refers to his pending civil rights case number on the letter's envelope. Plaintiff filed an earlier civil rights action in this court, in case no. C 07-2001 RMW (PR), which was transferred to the Eastern District of California on May 22, 2007. It appears the instant letter was mistakenly received and opened as a new case in this action. Because the instant case was opened erroneously, the clerk shall copy all documents in the instant case and send the documents to the Eastern District, to be filed in plaintiff's pending civil rights action, this court's case no. C 07-2001 RMW (PR). The clerk shall close the file. No filing fee is due in this closed case.

     IT IS SO ORDERED.

DATED: 6/6/2007            /s/ Ronald M. Whyte
                                       RONALD M. WHYTE
                                       United States District Judge

1  This is to certify that on _____6/7/2007_____, a copy of this
   ruling was mailed to the following:
2
3
   Michael Cevallos
4  141 Lassen Street
   Willows, CA  95988
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.rmw\cr.07\Cevallos734close                2