IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEVALLOS, ) | No. C 07-2734 RMW (PR) |
| ) Plaintiff, ) | JUDGMENT |
| ) vs. ) | |
| UNKNOWN, ) ) | |
| ) Defendant. ) | |

The court has closed the instant case because the letter filed on May 23, 2007 was mistakenly opened as a new case, rather than being filed in plaintiff's pending civil rights action, case no. C 07-2001 RMW (PR).  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/6/2007  　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  This is to certify that on _____6/7/2007_____, a copy of this ruling was mailed to the following:

Michael Cevallos
141 Lassen Street
Willows, CA  95988